## First District.

Joseph Kamfner, appellant, v. Auburn Park Trust & Savings Bank et al., appellees. Gen. No. 33,362.

Opinion filed July 3, 1929. Rehearing denied July 13, 1929.

Simon Herr, for appellant. Deneen, Healy & Lee, for appellee Auburn Park Trust & Savings Bank; Harry W. Lippincott and Donald N. Schaffer, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Robert Kurfirst, plaintiff in error. Gen. No. 33,371.

Opinion filed July 3, 1929. Rehearing denied July 11, 1929.

Kirkland, Fleming, Green & Martin, for plaintiff in error; Weymouth Kirkland, Walter E. Tinsley and William H. Symmes, of counsel. Samuel A. Ettelson, Corporation Counsel and John A. Swanson, State's Attorney, for defendant in error; Martin H. Foss, Assistant Corporation Counsel and Lee R. La Rochelle, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.